FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 APR -5 P 1:13

SIGN
BY DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Johnny Hood

431030
Inmate (DOC) number

05-248-D-M2

(Enter above the full name of each plaintiff in this action.)

VERSUS

Lt BryAN Mase

Sgt RAYMond Green

Sgt John Doe

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**<u>the same</u>.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): ______________________________

______________________________

Defendant(s): ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the parish):

______________________________

______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ________________________________________

6. Date of filing lawsuit: ____________________
7. Date of disposition: ____________________
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

________________________________________

II. Place of present confinement: ____________________

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) ~~No~~ ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) ~~No~~ ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ____________________

2. What steps did you take? ____________________

3. What was the result? ____________________

D. If your answer is No, explain why not: ____________________

I filed and A.R.P on march 2, 2005 and have not heard anything on it and I feel that they are trying to keep me out of the Admin Remedy System.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Johnnie Hood
Address DCI PO BOX 788 JACKSON LA 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Lt Bryan Muse is employed as ______ at DCI
PO BOX 788 JACKSON LA 70748

C. Additional Defendants: Sgt RAYMOND Green Sgt
Warkins Cell Block

Sgt John Doe Sgt Workins cell Block

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **<u>Do not given any legal arguments or cite any cases or statutes.</u>** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHED

PAGES

# Statement of Claim

On the 1st day of march 2005 at approx 1:20 p.m I was pulled out of the work Line and place in handcuffs at that time I was escorted back into the working cell block and placed in the cell block horse shoe.

LT. Bryan Muse ordered all of the light duty workers to go to there cells after these Inmates were placed in there cells all three Security officers came back into the horse shoe and closed the door. At this time LT. Bryan muse Stated to me this is what we do to smart mouths and hit me in the head with closed fist at that point SGT. Raymond Green and SGT. John Doe Started hitting me in the body until I was on the floor and all three Started kicking me in the back and buttocks.

After all was said and done they picked me up off the floor and told me I better not make sick call or tell anybody because I was going to Admin Seg and if I said anything they would have someone do worse to me than that. I was already in handcuffs and there was no need for any of these officers to put there hands on me.

By these three officers hitting and kicking me while I am restrained they are violating my rights under the cruel and Unusual punishment clause of the Eighth Amendment.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

SEE ATTACHED PAGE

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this ______day of ________________________, 200____.

______________________________

______________________________
Signature of plaintiff(s)

# ReLIEF

That all three deffendants be ordered to pay the plaintiff a sum of Twenty Thousand Dollars $20,000.00 in punitive damage.

I further ask the court to order an injunstion that all three deffindants be kept away from me because I fear for my safty.