FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
05 JUN 23 AM 10: 34
SIGN
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOHNNY HOOD (#431030)** | **CIVIL ACTION**

**VERSUS**

**LT. BRYAN MUSE, ET AL.** | **NO. 05-0248-D-M2**

**JUDGMENT**

For the written reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 22nd day of June, 2005.

**JAMES J. BRADY**
**UNITED STATES DISTRICT JUDGE**